

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2017

No. 04-17-00583-CV

**IN THE INTEREST OF V.R.G., ET AL CHILDREN**,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA00842
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file brief is hereby GRANTED. Time is extended to November 20, 2017.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court